Sean J. Riddell
Attorney At Law
1300 SE Stark St., Suite 208
Portland, OR 97214
Sean.riddell@live.com
Ph: 971 219 8453
Fax: 971 302 7061
Attorney of Plaintiff
        Nickolas Markos

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NICKOLAS MARKOS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON COUNTY SHERIFF PATRICK GARRETT; by and through the WASHINGTON COUNTY SHERIFF'S OFFICE, a political subdivision of WASHINGTON COUNTY, OREGON, Washington County,<br><br>Defendants. | No. 3:17-cv-01363-PK<br><br><br>JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL |

**JOINT STIPULATION OF DISMISSAL**

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action with prejudice.

2. It is the express intention of the Parties that Defendants will waive any claim to costs or fees associated with this litigation.

3. All documents subject to the stipulated protective order in this matter shall be returned in accordance with that order or certified for destruction by the parties, if applicable.

Page 1 of 3 – **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

4.  Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO ORDERED this 26th day of JANUARY , 2018.

_____
Honorable Magistrate Judge Paul Papak

It is so stipulated on 26 January, 2018.


/s Kimberly A. Stuart
Kimberly Stuart
Assistant County Counsel
Office of Washington County Counsel
161 NW Adams Ave., Suite 305
Hillsboro, OR  97124
Attorney for Defendants


DATED this January 26, 2018

/s/ Sean J. Riddell
Sean J. Riddell
Attorney at Law
1300 SE Stark St., Suite 208
Portland, OR 97214
Attorney for Plaintiff




Respectfully submitted,

s/ Sean J. Riddell

Sean J. Riddell OSB 013493
Of Attorney for Plaintiff